### WILKINSON v. DOUGLASS & DUNN.

ERROR from the supreme court. This case, with the names of the parties reversed, will be found in 17 *Wendell*, 431, *et seq.*, where a new trial was denied, upon which judgment was rendered for the plaintiffs. The defendant sued out a writ of error. After argument in this court, the CHANCELLOR delivered an opinion in favor of an *affirmance* of the judgment of the supreme court—he holding that the plaintiffs were entitled to recover under the *money counts*, but not upon the *special count*, describing the note as a note for $750. *Senator* MAYNARD delivered an opinion for a *reversal* of the judgment of the supreme court. The members of the court divided: 17 being for *affirmance* and 6 for *reversal*. Whereupon the judgment of the supreme court was affirmed.

### HEWLETT vs. PEARSALL.

ERROR from the supreme court. This case, with the names of the parties reversed, will be found in 20 *Wendell*, 111, *et seq.* The defendant sued out a writ of error, and this court *affirmed* the judgment below by a vote of 19 to 4. See the case of *Post* v. *Pearsall, ante*, 425.